UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

LAMAR BROWN,

                                    Plaintiff,

                  -against-

BRAIDWOODS, LLC,

                                    Defendant.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 7/17/2023

23-CV-01472 (JLR)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 17, 2023, the Court held an initial pretrial conference at which Plaintiff failed to appear. At that conference, counsel for Defendant informed the Court that the parties had reached a settlement in principle.

Accordingly, the parties are directed to file a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) no later than July 31, 2023. In the alternative, the parties may file a joint status letter by that same date.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       July 17, 2023
             New York, New York